253 So.2d 37

**STATE BOARD OF OPTOMETRY**

**v.**

**ROSS JEWELERS, INC., a Corporation, et al.**

**1 Div. 672.**

Supreme Court of Alabama.

Sept. 30, 1971.

Marr & Friedlander, Mobile, for appellant.

Howell, Johnston, Langford & Finkbohner, Mobile, for appellees.

MADDOX, Justice.

The question presented on this appeal is identical with that presented in State Board of Optometry v. Lee Optical Company of Alabama, Inc., a corp., d/b/a Douglas Optical et al., decided September 23, 1971, 287 Ala. 528, 253 So.2d 35. On authority of that opinion, this cause is reversed and remanded to the Circuit Court of Mobile County, in equity.

Reversed and remanded.

LAWSON, MERRILL, HARWOOD and McCALL, JJ., concur.